UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAYMOND C. WATKINS,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>TUOLUMNE COUNTY, *et al.*,<br><br>　　　　　Defendant. | Case. No. 1:18-cv-00787-JDP<br><br>ORDER GRANTING APPLICATION TO PROCEED IN FORMA PAUPERIS<br>(Doc. No. 2.)<br><br>ORDER DIRECTING PAYMENT OF INMATE FILING FEE BY CALIFORNIA DEPARTMENT OF CORRECTIONS |

Plaintiff Raymond C. Watkins is a state prisoner proceeding pro se in this civil rights action under 42 U.S.C. § 1983. He has requested leave to proceed *in forma pauperis* under 28 U.S.C. § 1915. (Doc. No. 2.) Plaintiff has made the showing required by § 1915(a), so the court will grant his request to proceed *in forma pauperis*. Plaintiff must pay the statutory filing fee of $350.00. *See* 28 U.S.C. § 1915(b)(1). Plaintiff must make monthly payments in the amount of twenty percent of the preceding month's income credited to plaintiff's trust account. The Tuolumne County Sherriff is required to send to the Clerk of the Court payments from plaintiff's account each time the amount in the account exceeds $10.00, until the statutory filing fee is paid in full. *See* 28 U.S.C. § 1915(b)(2).

In accordance with the above and good cause appearing therefore, IT IS HEREBY ORDERED that:

1

1. Plaintiff's application to proceed *in forma pauperis* is GRANTED.

**2. The Director of the Tuolumne County Sherriff or his designee shall collect payments from plaintiff's prison trust account in an amount equal to twenty percent of the preceding month's income credited to the prisoner's trust account and shall forward those payments to the Clerk of the Court each time the amount in the account exceeds $10.00, in accordance with 28 U.S.C. § 1915(b)(2), until a total of $350.00 has been collected and forwarded to the Clerk of the Court. The payments shall be clearly identified by the name and number assigned to this action.**

3. The Clerk of the Court is directed to serve a copy of this order and a copy of plaintiff's *in forma pauperis* application on the Tuolumne County Sherriff, at 175 Yaney Avenue, Sonora, CA 95370.

4. The Clerk of the Court is directed to serve a copy of this order on the Financial Department, U.S. District Court, Eastern District of California, Sacramento Division.

5. Within sixty (60) days of the date of service of this order, plaintiff shall submit a certified copy of his prison trust account statement for the six-month period immediately preceding the filing of the complaint, if plaintiff has not already done so.

IT IS SO ORDERED.

Dated: July 25, 2018

UNITED STATES MAGISTRATE JUDGE