UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAYMOND C. WATKINS,<br><br>Plaintiff,<br><br>v.<br><br>TUOLUMNE COUNTY and GUARDS,<br><br>Defendants. | No. 1:18-cv-00787-DAD-JDP (PC)<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS AND DISMISSING ACTION FOR FAILURE TO STATE A CLAIM, TO PROSECUTE, AND TO FOLLOW A COURT ORDER<br><br>(Doc. No. 10) |

Plaintiff Raymond C. Watkins is a pretrial detainee proceeding *pro se* in this civil rights action brought pursuant to 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On October 30, 2019, the assigned magistrate judge issued findings and recommendations, recommending that the case be dismissed due to plaintiff's failure to state a claim, failure to prosecute, and failure to comply with a court order. (Doc. No. 10.) The findings and recommendation were served on both parties and contained notice that any objections thereto

/////

/////

/////

1

were to be filed within fourteen (14) days of the date of service.[1] (*Id.* at 2.) No objections have been filed and the time in which to do so has now passed.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), this court has conducted a *de novo* review of this case. Having carefully reviewed the entire file, the court concludes that the findings and recommendations are supported by the record and proper analysis.

Accordingly:

1. The findings and recommendations (Doc. No. 10) issued on October 30, 2019 are adopted in full;
2. This action is dismissed due to plaintiff's failure to state a claim, failure to prosecute, and failure to obey a court order; and
3. The Clerk of the Court is directed to close this case.

IT IS SO ORDERED.

Dated: **March 30, 2020**

_____
UNITED STATES DISTRICT JUDGE

---

[1] The pending findings and recommendations were served on plaintiff but returned to the court as undeliverable. Plaintiff has not filed a notice of change of address with the court. Plaintiff, as a *pro se* party "is responsible for keeping the Court informed of his current address; absent filing a notice of change of address, service at the prior address is fully effective. *Pogue v. Hedgpeth*, No. 1:11-CV-00192-LJO, 2014 WL 1271379, at *2 (E.D. Cal. Mar. 27, 2014) (citing Local Rule 182(f)).